THE CITY OF GRAND RAPIDS v. HEMAN LEONARD.

Error to the Superior Court of Grand Rapids.   Submitted January 23.   Decided January 31.

ASSUMPSIT.   Defendant brings error.

*Wm. Wisner Taylor* and *J. W. Ransom* for plaintiff in error.

*Kennedy & Thompson* for defendant in error.   The exhibition of a warrant directing forcible proceedings for collecting a tax amounts to compulsion (Cooley on Taxation, 569 and cases cited) and a demand for its repay-

ment would be useless, *Boston & Sandwich Glass Co. v. Boston*, 4 Metc., 190; taxes illegally assessed and collected under protest may always be recovered back, *Erskine v. Van Arsdale*, 15 Wall., 75.

MARSTON, J. This case is similar to, and is governed by *Grand Rapids v. Blakely*, just decided.

The judgment must be affirmed with costs.

The other Justices concurred.